Jewish Legal News, Inc. requests the following:

1. Copies of all complaints related to allegations of antisemitism at colleges and universities received by the Department from April 1, 2023 to May 30, 2023.
2. Documents detailing the number of resolved and unresolved investigations into campus antisemitism, including a breakdown of how long each case has been pending, the status of each case, any case summaries or status updates, including documents or memos discussing strategies or plans the Department has established to address and resolve this backlog.
3. Reports, guidelines, and communications concerning the Department's initiatives and efforts to encourage the reporting of antisemitic incidents on campuses, including any materials, resources, or best practice documents that the Department has disseminated to schools to help improve their reporting mechanisms and address discrimination.
4. Documents, memos, and plans related to the administration's strategy for combating antisemitism on campuses, including any implementation timeline and expected outcomes of this strategy.
5. Internal documentation, training materials, or communications that discuss the use and application of the International Holocaust Remembrance Alliance's working definition of antisemitism within the Department and its guidance to educational institutions.
6. Internal documentation, training materials, or communications that discuss the use and application of the Nexus working definition of antisemitism within the Department and its guidance to educational institutions.
7. Documents, correspondence and policies regarding how Title VI should apply to protect Jewish students against antisemitic discrimination.
8. Any other FOIA requests and responses regarding complaints or allegations of antisemitism on campus.