UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEWISH LEGAL NEWS, INC., <br> Plaintiff, <br> v. <br> U.S. DEPARTMENT OF EDUCATION, <br> Defendant. | Case No. 23-cv-05064-PHK <br><br> **JUDGMENT** |

On November 25, 2024, the Court held a hearing on the Parties' cross-motions for summary judgment. [Dkts. 35, 36]. On March 31, 2025, the Court issued an Order granting-in-part and denying-in-part Plaintiff Jewish Legal News, Inc.'s motion for summary judgment, and granting-in-part and denying-in-part Defendant United States Department of Education's cross-motion for summary judgment. [Dkt. 45]. Accordingly, no issues remain for adjudication.

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** Final Judgment in accordance with the Court's Order [Dkt. 45]. *Id.*

The Clerk of Court is directed to close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 21, 2025

PETER H. KANG
United States Magistrate Judge